

MINUTE ENTRY
FALLON, J.
April 12, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENRIQUETA AGUILLAR JIMENEZ | * | CIVIL ACTION |
| VERSUS | * | NO. 00-149 |
| TRINITY SHIP MANAGEMENT, S.A., ET AL. | * | SECTION "L" (5) |

IT IS ORDERED that the status conference in the above captioned matter scheduled for Thursday, April 27, 2000 at 1:30 p.m. is hereby RESCHEDULED to Thursday, April 27, 2000 at 8:30 a.m. because of a conflict in the Court's schedule.

DATE OF ENTRY
APR 1 4 2000