MINUTE ENTRY
FALLON, J.
May 2, 2000



## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENRIQUETA AGUILAR JIMENEZ | * | CIVIL ACTION |
| VERSUS | * | NO. 00-149 |
| TRINITY SHIP MANAGEMENT, S.A., ET AL. | * | SECTION "L" (5) |

A status conference was held this date at 8:30 a.m. in the chambers of Judge Eldon E. Fallon. In attendance were Ralph E. Smith for the plaintiff and William J. Riviere for the defendants. Counsel are confident that the case will be ready for trial on the date which was selected by counsel at the preliminary conference, and the Court indicated that the trial date will be enforced.

IT IS ORDERED that counsel have 30 days in which to respond to all outstanding discovery requests and/or to amend the pleadings.

IT IS FURTHER ORDERED that counsel have 60 days in which to file dispositive motions on the issue of forum non conveniens.

IT IS FURTHER ORDERED that an in chambers status conference is scheduled for Thursday, August 3, 2000 at 3:30 p.m.

DATE OF ENTRY
MAY - 3 2000