```
                                        FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                     2000 MAY -4  A 9:47

                                       LORETTA G. WHYTE
                                            CLERK
```

**MINUTE ENTRY**
**CHASEZ, M.J.**
**MAY 3, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ENRIQUETA del SOCORRO AGUILAR JIMENEZ, ETC., ET AL.** | CIVIL ACTION |
| VERSUS | NUMBER: 00-0149 |
| **TRINITY SHIP MANAGEMENT, S.A., ETC., ET AL.** | SECTION: "L"(5) |

Oral argument on plaintiff's Motion for Leave to Amend Complaint and Motion to Compel Discovery will be conducted on May 17, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

DATE OF ENTRY
MAY - 4 2000

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

Fee_____
Process___
X Dktd___
  CtRmDep___
Doc.No.___