

MINUTE ENTRY
CHASEZ, M.J.
MAY 11, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ENRIQUETA del SOCORRO              CIVIL ACTION
AGUILAR JIMENEZ, ETC., ET AL.
VERSUS                             NUMBER: 00-0149

TRINITY SHIP MANAGEMENT, S.A.,     SECTION: "L "(5)
ETC., ET AL.

Oral argument on plaintiff's Motion for Leave to Amend Complaint and Motion to Compel Discovery scheduled for May 17, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana is hereby **RESCHEDULED** for May 31, 2000 upon the request of counsel.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAY 1 2 2000

