

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN -1  P 3: 01

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
MAY 31, 2000

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

ENRIQUETA DEL SOCORRO AGUILAR             CIVIL ACTION
JIMENEZ, ETC., ET AL.
VERSUS                                    NUMBER: 00-0149

TRINITY SHIP MANAGEMENT, SA.,             SECTION: "L"(5)
ET AL.

### HEARING ON MOTION

APPEARANCES:   Ralph Smith, Bill Riviere

MOTION:

(1)  Plaintiff's Motion for Leave to Amend Complaint
(2)  Plaintiff's Motion to Compel Discovery


_____:    Continued to

___2___:    No Opposition

___1___:    Opposition

_____:    Local Rules 37.1E, 33.2, 36.1, 7.1E

### ORDERED

DATE OF ENTRY
JUN  2 2000



Fee _____
Process _____
X  Dktd _____
__ CtRmDep _____
Doc.No. _____

___2___:    Dismissed as moot.

_____:    Dismissed for failure of counsel to appear.

_____:    Granted.

___1___:    Denied on the condition that defendants post
            a letter of undertaking in the amount of
            $50,000 within two weeks.  The Court is to be
            notified if that time period poses a problem
            or if defendants are unable to post the letter
            for any reason.

_____:    Other.


                            ALMA L. CHASEZ
                    UNITED STATES MAGISTRATE JUDGE

2