Case 2:00-cv-00149-EEF   Document 23   Filed 06/27/2000   Page 1 of 3

FILED
U.S. DISTRICT COURT

2000 JUN 27 P 3: 46

LORETTA G. WHYTE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENRIQUETA del SOCORRO AGUILAR | * | CIVIL DOCKET |
| JIMENEZ, as personal representatives of | * | |
| ANDRÉS CORCINO MENESES SALAZAR, | * | |
| and as the natural tutrix of CLAUDIA SUYEN | * | |
| MENESES AGUILAR, MAYCOL ANDRES | * | NO.   00-0149 |
| MENESES AGUILAR, ALEXANDER | * | |
| CORCINO MENESES AGUILAR, | * | |
| AARON APOLINAR MENESES AGUILAR, | * | |
| MICHELL ANDRES MENESES AGUILAR, | * | |
| and MILTON CORCINO MENESES AGUILAR | * | SECTION: "L" |
| | * | |
| VERSUS | * | |
| | * | |
| TRINITY SHIP MANAGEMENT, S.A., | * | |
| HARBOR SHIPPING & TRADING CO., S.A., | * | MAG. (5) |
| SUNRISE SHIPPING CO., INC., CHIOS | * | |
| DREAM SHIPPING & TRADING CO., | * | |
| *in personam,* and the M/V CHIOS DREAM, | * | |
| her engines, tackle and apparel, *in rem,* and the | * | |
| M/V GALINI, her engines, tackle and apparel, | * | |
| *in rem* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO CONTINUE HEARING

ENRIQUETA del SOCORRO AGUILAR JIMENEZ, plaintiff herein, through undersigned counsel, and on suggesting to the Court that a Motion to Dismiss has been filed and set for hearing on July 5, 2000;

And on further suggesting that additional time is needed to obtain Affidavits or the obtain testimony by plaintiff to support her opposition to the Motion to Dismiss;

DATE OF ENTRY
JUL 1 1 2000



And on further suggesting, that *in rem* jurisdiction of the M/V CHIOS DREAM has been perfected, and that the deposition of CHIOS DREAM SHIPPING & TRADING CO. has been noticed pursuant to Rule 30 (b) (6) of the Federal Rules of Civil Procedure for July 14, 2000;

Therefore, plaintiff moves the Court pursuant to Rule 56 (f) to continue the hearing on the Motion to Dismiss until plaintiff has had an opportunity to take the depositions noticed for July 14, 2000, and to obtain Affidavits in support of her position.

_____
RALPH E. SMITH
BAR NO. 12213
203 CARONDELET ST., SUITE 811
NEW ORLEANS, LA 70130
TELEPHONE: (504) 523-4737

ATTORNEY FOR PLAINTIFF,
ENRIQUETA del SOCORRO AGUILAR
JIMENEZ

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 26th day of June, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid.

_____
RALPH E. SMITH

2PSALAZARMOTCON-2DDDDD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENRIQUETA del SOCORRO AGUILAR | * | CIVIL DOCKET |
| JIMENEZ, as personal representatives of | * | |
| ANDRÉS CORCINO MENESES SALAZAR, | * | |
| and as the natural tutrix of CLAUDIA SUYEN | * | |
| MENESES AGUILAR, MAYCOL ANDRES | * | NO.  00-0149 |
| MENESES AGUILAR, ALEXANDER | * | |
| CORCINO MENESES AGUILAR, | * | |
| AARON APOLINAR MENESES AGUILAR, | * | |
| MICHELL ANDRES MENESES AGUILAR, | * | |
| and MILTON CORCINO MENESES AGUILAR | * | SECTION: "L" |
| | * | |
| VERSUS | * | |
| | * | |
| TRINITY SHIP MANAGEMENT, S.A., | * | |
| HARBOR SHIPPING & TRADING CO., S.A., | * | MAG. (5) |
| SUNRISE SHIPPING CO., INC., CHIOS | * | |
| DREAM SHIPPING & TRADING CO., | * | |
| *in personam*, and the M/V CHIOS DREAM, | * | |
| her engines, tackle and apparel, *in rem*, and the | * | |
| M/V GALINI, her engines, tackle and apparel, | * | |
| *in rem* | * | |
| | * | |

## O R D E R

Considering the foregoing pleading:

**IT IS ORDERED** that the hearing on Defendant's Motion to Dismiss be, and hereby is continued to the _16_ day of _August_, 2000, at _9_ A.M. WITHOUT ORAL ARGUMENT

New Orleans, LA July 11, 2000

_____
JUDGE

2PSALAZARMOTCON-2DDDDD

3