UNITED STATES DISTRICT COURT

9557-41

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ENRIQUETA del SOCORRO AGUILAR JIMINEZ, as personal representatives of ANDRES CORCINO MENESES SALAZAR, and as the natural tutrix of CLAUDIA SUYEN MENESES AGUILAR, MAYCOL ANDRES MENESES AGUILAR, ALEXANDER CORCINO MENESES AGUILAR, AARON APOLINAR MENESES AGUILAR, MICHELL ANDRES MENESES AGUILAR, and MILTON CORCINO MENESES AGUILAR | CIVIL ACTION<br><br>NO. 00-0149<br><br>SECTION "L"<br><br>MAGISTRATE DIV. 5 |
| VERSUS | |
| TRINITY SHIP MANAGEMENT, S.A., HARBOR SHIPPING & TRADING CO., S.A., SUNRISE SHIPPING CO., INC., CHIOS DREAM SHIPPING & TRADING CO., *in personam*, AND THE M/V CHIOS DREAM, her engine, tackle, apparel, *in rem* | |

## MOTION FOR EXPEDITED HEARING OF MOTION TO QUASH

**NOW INTO COURT**, through undersigned counsel, come defendants, Chios Dream Shipping & Trading, S.A. ("Chios Dream"), Trinity Ship Management, S.A. ("Trinity") and Harbor Shipping & Trading, S.A. ("Harbor"), and request that this Honorable Court consider the accompanying Motion to Quash on an expedited basis, for the reasons more fully set forth in the accompanying Memorandum in Support hereof.

DATE OF ENTRY
JUL 1 1 2000

Respectfully submitted:

_____
CHRISTOPHER O. DAVIS, T.A. (#4722)
WILLIAM J. RIVIERE (#20593)
Canal Place — Suite 2000

NO:99099538 1

365 Canal Street
New Orleans, LA 70130-6534
Telephone: (504) 566-1311
Fax: (504) 568-9130
   and

**PHELPS DUNBAR, L.L.P.**
**Attorneys for Chios Dream Shipping & Trading, S.A.,**
**Trinity Ship Management, S.A., Harbor Shipping &**
**Trading, S.A., and Sunrise Shipping Agency, Inc.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 28th day of June, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery.

_/s/ Will J. [signature]_

UNITED STATES DISTRICT COURT 9557-41

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ENRIQUETA del SOCORRO AGUILAR JIMINEZ, as personal representatives of ANDRES CORCINO MENESES SALAZAR, and as the natural tutrix of CLAUDIA SUYEN MENESES AGUILAR, MAYCOL ANDRES MENESES AGUILAR, ALEXANDER CORCINO MENESES AGUILAR, AARON APOLINAR MENESES AGUILAR, MICHELL ANDRES MENESES AGUILAR, and MILTON CORCINO MENESES AGUILAR** | **CIVIL ACTION**<br><br>**NO. 00-0149**<br><br>**SECTION "L"**<br><br>**MAGISTRATE DIV. 5** |
| **VERSUS** | |
| **TRINITY SHIP MANAGEMENT, S.A., HARBOR SHIPPING & TRADING CO., S.A., SUNRISE SHIPPING CO., INC., CHIOS DREAM SHIPPING & TRADING CO.,** *in personam*, **AND THE M/V CHIOS DREAM, her engine, tackle, apparel,** *in rem* | |

### MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING OF MOTION TO QUASH

**MAY IT PLEASE THE COURT:**

Defendants, Chios Dream Shipping & Trading, S.A. ("Chios Dream"), Trinity Ship Management, S.A. ("Trinity") and Harbor Shipping & Trading, S.A. ("Harbor"), request that this Honorable Court consider the accompanying Motion to Quash on an expedited basis, inasmuch as the subject matter of the Motion to Quash involves corporate depositions of numerous Greek and Panamanian witnesses which have been unilaterally noticed for Friday, July 14, 2000 in New Orleans, Louisiana. The Court's next regularly scheduled hearing date is July 12, 2000, just two days before the date selected by plaintiff's counsel for these foreign witnesses to appear for

depositions. For reasons which are more fully discussed in the accompanying Motion to Quash, the Notices of Deposition are improper, and compliance with them would be prohibitively expensive, particulary inconvenient, if not impossible.

For the foregoing reasons, this Honorable Court should consider the accompanying Motion to Quash on an expedited basis.

Respectfully submitted:

_____
CHRISTOPHER O. DAVIS, T.A. (#4722)
WILLIAM J. RIVIERE (#20593)
Canal Place — Suite 2000
365 Canal Street
New Orleans, LA 70130-6534
Telephone: (504) 566-1311
Fax: (504) 568-9130

and

**PHELPS DUNBAR, L.L.P.**
**Attorneys for Chios Dream Shipping & Trading, S.A.,**
**Trinity Ship Management, S.A., Harbor Shipping &**
**Trading, S.A., and Sunrise Shipping Agency, Inc.**

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 28th day of June, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivery.

_____

UNITED STATES DISTRICT COURT                                9557-41

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ENRIQUETA del SOCORRO AGUILAR JIMINEZ, as personal representatives of ANDRES CORCINO MENESES SALAZAR, and as the natural tutrix of CLAUDIA SUYEN MENESES AGUILAR, MAYCOL ANDRES MENESES AGUILAR, ALEXANDER CORCINO MENESES AGUILAR, AARON APOLINAR MENESES AGUILAR, MICHELL ANDRES MENESES AGUILAR, and MILTON CORCINO MENESES AGUILAR | CIVIL ACTION<br><br>NO. 00-0149<br><br>SECTION "L"<br><br>MAGISTRATE DIV. 5 |
| VERSUS | |
| TRINITY SHIP MANAGEMENT, S.A., HARBOR SHIPPING & TRADING CO., S.A., SUNRISE SHIPPING CO., INC., CHIOS DREAM SHIPPING & TRADING CO., *in personam*, AND THE M/V CHIOS DREAM, her engine, tackle, apparel, *in rem* | |

### ORDER

Considering the foregoing Motion for Expedited Hearing;

**IT IS HEREBY ORDERED** that the Motion to Quash filed on behalf of defendants, Chios Dream Shipping & Trading, S.A. ("Chios Dream"), Trinity Ship Management, S.A. ("Trinity") and Harbor Shipping & Trading, S.A. ("Harbor"), will be heard on an expedited basis on ~~June~~ July 19th, 2000, at 11:00 o'clock, a.m. with oral argument.

New Orleans, Louisiana, this 10 day of July, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

NO 99099538 1