```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                             2000 JUL 21  AM 9:58

                             LORETTA G. WHYTE
                                   CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
JULY 19, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ENRIQUETA DEL SOCORRO　　　　　　　　　　　CIVIL ACTION
AGUILAR JIMINEZ, ET AL.

VERSUS　　　　　　　　　　　　　　　　　　　NUMBER: 00-0149

TRINITY SHIP MANAGEMENT,　　　　　　　　　SECTION: "L"(5)
S.A., ET AL.

HEARING ON MOTION

APPEARANCES:   Bill Riviere, Ralph Smith

MOTION:

(1)  Defendants' Motion to Quash

_____ :   Continued to

_____ :   No Opposition

___1___ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.1E

DATE OF ENTRY
JUL 21 2000

<u>ORDERED</u>

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

\_\_1\_\_ :   Granted pending the outcome of defendants' motion to dismiss. In the meantime, plaintiff is free to depose Mr. Ktistakis as a fact witness if she can locate him and properly serve him with a valid notice of deposition.

_____ :   Denied.

_____ :   Other.

*/s/ ALC*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE