

MINUTE ENTRY
FALLON, J.
August 3, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENRIQUETA AGUILAR JIMENEZ | * | CIVIL ACTION |
| VERSUS | * | NO. 00-149 |
| TRINITY SHIP MANAGEMENT, S.A., ET AL. | * | SECTION "L" (5) |

A status conference was held this date at 3:30 p.m. in the chambers of Judge Eldon E. Fallon. In attendance were Ralph E. Smith for the plaintiff and William J. Riviere for the defendants by telephone.

DATE OF ENTRY
AUG 0 7 2000