

```
                                        FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                      2000 DEC -8 PM 1:07
                                         DEC -8 2000
                                       LORETTA G. WHYTE
                                            CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENRIQUETA del SOCORRO AGUILAR | * | CIVIL DOCKET |
| JIMENEZ, as personal representatives of | * | |
| ANDRÉS CORCINO MENESES SALAZAR, | * | |
| and as the natural tutrix of CLAUDIA SUYEN | * | |
| MENESES AGUILAR, MAYCOL ANDRES | * | NO. 00-0149 |
| MENESES AGUILAR, ALEXANDER | * | |
| CORCINO MENESES AGUILAR, | * | |
| AARON APOLINAR MENESES AGUILAR, | * | |
| MICHELL ANDRES MENESES AGUILAR, | * | |
| and MILTON CORCINO MENESES AGUILAR | * | SECTION: "L" |
| | * | |
| VERSUS | * | |
| | * | |
| TRINITY SHIP MANAGEMENT, S.A., | * | |
| HARBOR SHIPPING & TRADING CO., S.A., | * | MAG. (5) |
| SUNRISE SHIPPING CO., INC., CHIOS | * | |
| DREAM SHIPPING & TRADING CO., | * | |
| *in personam*, and the M/V CHIOS DREAM, | * | |
| her engines, tackle and apparel, *in rem*, and the | * | |
| M/V GALINI, her engines, tackle and apparel, | * | |
| *in rem* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION AND ORDER FOR EXTENSION OF TIME
### TO CONCLUDE SETTLEMENT

Plaintiff, ENRIQUETA del SOCORRO AGUILAR JIMENEZ, through undersigned counsel, and on suggesting to the Court that this matter was before the Court and has been compromised;

On further suggesting to the Court that on September 6, 2000, the Court entered a Sixty Day Order Within Which To Conclude the Settlement;

And on further suggesting that although the documents have been executed, the originals have not yet been returned to counsel;

```
DATE OF ENTRY

DEC 2 2 2000
```



```
___Fee_____
___Process__
 X _Dktd____
___CtRmDep__
   Doc.No.__31__
```

Plaintiff moves the Court that an Extension of Thirty (30) Days Within Which To Conclude the Formalities of Exchanging the Settlement Documents and filing the Motion and Order of Dismissal.

_____
Ralph E. Smith
Bar No. 12213
203 Carondelet St., Suite 811
New Orleans, LA 70130
(504) 523-4737

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 8th day of December, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid.

_____
Ralph E. Smith

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENRIQUETA del SOCORRO AGUILAR JIMENEZ, as personal representatives of ANDRÉS CORCINO MENESES SALAZAR, and as the natural tutrix of CLAUDIA SUYEN MENESES AGUILAR, MAYCOL ANDRES MENESES AGUILAR, ALEXANDER CORCINO MENESES AGUILAR, AARON APOLINAR MENESES AGUILAR, MICHELL ANDRES MENESES AGUILAR, and MILTON CORCINO MENESES AGUILAR | * * * * * * * * * * * | CIVIL DOCKET<br><br>NO. 00-0149<br><br>SECTION: "L" |
| VERSUS | * * | |
| TRINITY SHIP MANAGEMENT, S.A., HARBOR SHIPPING & TRADING CO., S.A., SUNRISE SHIPPING CO., INC., CHIOS DREAM SHIPPING & TRADING CO., *in personam,* and the M/V CHIOS DREAM, her engines, tackle and apparel, *in rem,* and the M/V GALINI, her engines, tackle and apparel, *in rem* | * * * * * * * * | MAG. (5) |

*******************************************

## ORDER

**Considering the foregoing:**

**IT IS ORDERED** that the Plaintiff be and hereby is granted an Extension of Thirty (30) days from December 1, 2000 Within Which to Conclude the Formalities of Settlement and to file the Motion and Order of Dismissal.

NEW ORLEANS, LOUISIANA, this _10_ day of _Dec_, 2000.

_____
UNITED STATES DISTRICT JUDGE

2PJMENEZEXT-2IIIII

3