

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

9557-41

| | |
|---|---|
| ENRIQUETA del SOCORRO AGUILAR JIMINEZ, as personal representatives of ANDRES CORCINO MENESES SALAZAR, and as the natural tutrix of CLAUDIA SUYEN MENESES AGUILAR, MAYCOL ANDRES MENESES AGUILAR, ALEXANDER CORCINO MENESES AGUILAR, AARON APOLINAR MENESES AGUILAR, MICHELL ANDRES MENESES AGUILAR, and MILTON CORCINO MENESES AGUILAR | CIVIL ACTION<br><br>NO. 00-0149<br><br>SECTION "L"<br><br>MAGISTRATE DIV. 5 |
| VERSUS | |
| TRINITY SHIP MANAGEMENT, S.A., HARBOR SHIPPING & TRADING CO., S.A., SUNRISE SHIPPING CO., INC., CHIOS DREAM SHIPPING & TRADING CO., *in personam*, AND THE M/V CHIOS DREAM, her engine, tackle, apparel, *in rem* | |

## JOINT MOTION AND ORDER TO DISMISS

NOW INTO COURT, through undersigned counsel, come plaintiff, Enriqueta del Socorro Aguilar Jiminez, as personal representative of Andres Corcino Meneses Salazar, and as the natural tutrix of Claudia Suyen Meneses Aguilar, Macol Andres Meneses Aguilar, Alexander Corcino Meneses Aguilar, Aaron Apolinar Meneses Aguilar, Michell Andres Meneses Aguilar, and Milton Corcino Meneses Aguilar, and defendants, Trinity Ship Management, S.A., Chios Dream Shipping & Trading, S.A., Harbor Shipping & Trading, S.A., and Sunrise Shipping Agency, Inc., upon advising the Court that the matters forming the

NO 99123343.1

DATE OF ENTRY

DEC 2 7 2000

basis of this action have been resolved amicably by and between them, move this Honorable Court for an order dismissing all claims asserted in the above-entitled and numbered civil action with prejudice, with each party to bear her or its own costs.

Respectfully submitted:

_____
RALPH E. SMITH (#12213)
203 Carondelet Street, Suite 811
New Orleans, Louisiana 70130
Telephone: (504) 523-4737

Attorney for Plaintiff, Enriqueta del Socorro Aguilar Jiminez, as personal representative of Andres Corcino Meneses Salazar, and as the natural tutrix of Claudia Suyen Meneses Aguilar, Macol Andres Meneses Aguilar, Alexander Corcino Meneses Aguilar, Aaron Apolinar Meneses Aguilar, Michell Andres Meneses Aguilar, and Milton Corcino Meneses Aguilar

_____
CHRISTOPHER O. DAVIS, T.A. (#4722)
WILLIAM J. RIVIERE (#20593)
PHELPS DUNBAR LLP
Canal Place — Suite 2000
365 Canal Street
New Orleans, LA 70130-6534
Telephone: (504) 566-1311
Fax: (504) 568-9130

Attorneys for Chios Dream Shipping & Trading, S.A., Trinity Ship Management, S.A., Harbor Shipping & Trading, S.A., and Sunrise Shipping Agency, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this /9th day of December, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

NO 99123343 1

UNITED STATES DISTRICT COURT

9557-41

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ENRIQUETA del SOCORRO AGUILAR JIMINEZ, as personal representatives of ANDRES CORCINO MENESES SALAZAR, and as the natural tutrix of CLAUDIA SUYEN MENESES AGUILAR, MAYCOL ANDRES MENESES AGUILAR, ALEXANDER CORCINO MENESES AGUILAR, AARON APOLINAR MENESES AGUILAR, MICHELL ANDRES MENESES AGUILAR, and MILTON CORCINO MENESES AGUILAR** | CIVIL ACTION<br><br>NO. 00-0149<br><br>SECTION "L"<br><br>MAGISTRATE DIV. 5 |
| **VERSUS** | |
| **TRINITY SHIP MANAGEMENT, S.A., HARBOR SHIPPING & TRADING CO., S.A., SUNRISE SHIPPING CO., INC., CHIOS DREAM SHIPPING & TRADING CO.,** *in personam*, **AND THE M/V CHIOS DREAM, her engine, tackle, apparel,** *in rem* | |

## ORDER

Considering the foregoing Joint Motion and Order to Dismiss,

**IT IS HEREBY ORDERED** that all claims asserted in the above-entitled and numbered civil action be and hereby are dismissed with prejudice, each party to bear her or its own costs.

New Orleans, Louisiana, this 21 day of December, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE

NO.99123343 1